IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patricia A. Polk, | Case No. 3:07 CV 775 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant | |

The Court has reviewed the Report and Recommendation (Doc. No. 22) of the Magistrate Judge that the decision of Defendant Commissioner be vacated and the case remanded for further proceedings. Defendant responded indicating it has no objections (Doc. No. 23). Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

The Court therefore adopts the Report and Recommendation in its entirety. The decision of the Commissioner is vacated and the case is remanded for further proceedings consistent with the Report and Recommendation and this Order.

IT IS SO ORDERED.

                                                              s/ *Jack Zouhary*
                                                              JACK ZOUHARY
                                                              U. S. DISTRICT JUDGE

July 9, 2008